IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SHANNON COULTAS, #K92874,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**JULIE TANNER, and** )<br>**ILLINOIS DEPARTMENT OF** )<br>**CORRECTIONS,** )<br>)<br>**Defendants.** ) | Case No. 3:21-cv-01624-SMY |

## ORDER DISMISSING CASE

**YANDLE, District Judge**:

Plaintiff Shannon Coultas filed the instant lawsuit pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights (Doc. 1). When this case was initiated, Plaintiff was advised of his continuing obligation to keep the Clerk of Court informed of any change in his address and that failure to do so could result in dismissal of this case. (Doc. 4). Thereafter, the Complaint was dismissed for failure to state a claim for relief and Plaintiff was granted leave to file an Amended Complaint (Doc. 13). However, that Order was returned as undeliverable because Plaintiff was no longer at the address or record (Doc. 14). The Court then issued an Order to Show Cause as to why this Court should not be dismissed on September 2, 2022 (Doc. 15). That Order was also returned as undeliverable (Doc. 16). The Court notes that Plaintiff's last filing in this lawsuit was on January 3, 2022 (Doc. 11).

Plaintiff is responsible for maintaining communication with the Court concerning his lawsuit – he clearly has not done so. Accordingly, this case is **DISMISSED without prejudice** for Plaintiff's failure comply with a court order and failure to prosecute his claims. Fed. R. Civ. P. 41(b). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the

action was filed, thus any balance on the filing fee remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

    **IT IS SO ORDERED.**

    **DATED:** September 26, 2022

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**